# Third District Court of Appeal

## State of Florida

Opinion filed June 16, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D19-1938; 3D20-1378
Lower Tribunal No. 14-5373

_____

**Aaron Haddad,**
Appellant/Cross-Appellee,

vs.

**Monica Medina,**
Appellee/Cross-Appellant.

Appeals from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

Aaron Haddad, in proper person.

Monica Medina, in proper person.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

The instant appeals are taken of the trial court's September 5, 2019 final judgment of paternity and establishment of parenting plan and its

August 24, 2020 partial amendment to the final judgment following rehearing. Pursuant to the amended final judgment, the trial court ordered the parties to prepare new child support guidelines worksheets based on its revised findings. Both parties filed proposed revised child support guidelines worksheets, but the court has yet to approve or file any revised child support guidelines. "It is reversible error for the court to fail to include a child support guidelines worksheet in a final judgment establishing paternity and child support." Dep't of Revenue ex rel. K.A.N. v. A.N.J., 165 So. 3d 846, 848 (Fla. 2d DCA 2015) (citations omitted). Accordingly, reversal is warranted. See Garcia v. Espinosa, 314 So. 3d 619, 625 (Fla. 3d DCA 2021) (holding the trial court's failure to include a child support guidelines worksheet in the final judgment precluded this Court from conducting a meaningful appellate review of the award and warranted reversal); see also J.A.D. v. K.M.A., 264 So. 3d 1080, 1083 (Fla. 2d DCA 2019) ("Additionally, the trial court did not include in the final judgment a child support guidelines worksheet. This, too, was error.").

Reversed and remanded.